Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
       jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11
Trustee of the Estates of Solyman Yashouafar
and Massoud Aaron Yashouafar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>Debtors. | District Ct. Case No. 2:17-cv-02473-JFW<br><br>Bankruptcy Case No.: 1:16-bk-12255-GM<br>Jointly Administered with Case No. 1:16-bk-12408-GM<br><br>Chapter 11 |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br><br>          Plaintiff,<br>  v.<br>HOWARD ABSELET,<br>          Defendant. | Adversary No. 1:17-ap-01027-GM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

---

**ORDER GRANTING STIPULATION TO DISMISS
ADVERSARY PROCEEDING WITH PREJUDICE**

1

DOCS_LA:306742.3 32274/001

1 | Upon reviewing the *Stipulation to Dismiss Action With Prejudice* between plaintiff David K. Gottlieb, as chapter 11 trustee for Massoud Aaron Yashouafar and Solyman Yashouafar, on the one hand, and defendant Howard Abselet, on the other hand, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The above-captioned Adversary Proceeding is hereby dismissed with prejudice.

DATED: October 17, 2017

_____
The Honorable John F. Walter
United States District Court Judge

**ORDER GRANTING STIPULATION TO DISMISS**
**ADVERSARY PROCEEDING WITH PREJUDICE**